COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-063-CV

 

IN RE ELVERA M. JOHNSON,
IN                                                RELATOR

HER OFFICIAL CAPACITY AS DISTRICT 

CLERK OF PARKER COUNTY, TEXAS

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and prohibition and is of the opinion that relief
should be denied.  Accordingly, relator=s
petition for writ of mandamus and prohibition is denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

 

LEE ANN DAUPHINOT

JUSTICE

 

PANEL A: 
DAUPHINOT, J.; CAYCE, C.J.; and MCCOY, J.

 

MCCOY, J. would request oral argument on the
mandamus issue.

 

DELIVERED: 
April 18, 2008











    [1]See
Tex. R. App. P. 47.4.